FILED
DEC 1 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CASEY B. BEVERLY and )<br>JOSHUA D. SCOTT )<br>) | CR. NO. 3:05cr293-A<br>[21 USC 846 and 841(a)(1)]<br><br>INDICTMENT |

The Grand Jury charges:

## COUNT 1

From an unknown date until on or about March 2, 2005, in Macon County, Alabama, in the Middle District of Alabama, and elsewhere,

CASEY B. BEVERLY, and
JOSHUA D. SCOTT

defendants herein, did knowingly and willfully combine, conspire, confederate and agree together with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 3,4-Methylenedioxymethamphetamine, commonly known as ecstasy, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 2, 2001, in Macon County, Alabama, in the Middle District of Alabama, and elsewhere,

CASEY B. BEVERLY, and
JOSHUA D. SCOTT

defendants herein, while aiding and abetting one another, did knowingly and intentionally possess with intent to distribute and did distribute 3,4-Methylenedioxymethamphetamine,

commonly known as ecstasy, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*[signature]*
Terry F. Moorer
Assistant United States Attorney

2