AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

JOSHUA D. SCOTT
1978 SARA DRIVE
AUBURN, AL

**WARRANT FOR ARREST**

Case Number:  3:05CR293-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSHUA D. SCOTT__
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

DISTRIBUTION & POSSESSION w/INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE (1 Count)

POSSESSION w/INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE (1 Count)

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK

12/15/05
DATE

CLERK OF COURT
Title of Issuing Officer

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $ __to be set at initial appearance__   BY __U.S. MAGISTRATE JUDGE__
                                                        Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |