IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr293-WHA |
| | ) | |
| CASEY B. BEVERLY | ) | |

## **ORDER**

Defendant, CASEY B. BEVERLY, has not been arraigned on the pending indictment. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby *specially* set for 17 January 2006 at 10:00 a.m. in the Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 12th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE