AO 466 (Rev. 1/03) Waiver of Rule 5 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __FLORIDA__

| UNITED STATES OF AMERICA | WAIVER OF RULE 5 HEARINGS |
| --- | --- |
| | (All Criminal Cases) |
| V. | JUDGE: Larry A. Bodiford |
| __CASEY B. BEVERLY__ | CASE NUMBER: 5:06MJ05-LAB |
| Defendant | |

I understand that charges are pending in the __MIDDLE__ District of __ALABAMA__

alleging violation of __21 U.S.C. §§ 846 and 841(a)(1)__ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)

taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

- Check one only -

[✖] **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3) a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(✗) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

FILED IN OPEN COURT THIS
1/12/06
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

__January 12, 2006__
Date

Defendant CASEY B. BEVERLY

WAIVED
Defense Counsel: Charles Lammers, AFPD

AO 199A   (Rev. 6/97) Order Setting Conditions of Release                                 Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT

NORTHERN    District of    FLORIDA

| United States of America | ORDER SETTING CONDITIONS |
|---|---|
| V. | OF RELEASE |
| CASEY B. BEVERLY | Case Number: 5:06MJ05-LAB |
| Defendant | |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __Federal Courthouse 1 Church St, Courtroom 5A__
Place

__Montgomery, AL 36104__ on __1/17/2006 at 10:00 a.m. before the Honorable Vanzetta Penn McPherson__
Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✔ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
__Twenty Five Thousand Dollars and 00/100__-------------------------------- dollars ($ __25,000.00__ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

FILED IN OPEN COURT THIS
1/12/06
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

OCT-16-2004 11:04 From: 1 850 769 7528 To:13349543615 P.4/6
Case 3:05-cr-00293-WHA-WC   Document 6   Filed 01/13/2006   Page 3 of 5

AO 199B  (Rev. 5/99) Additional Conditions of Release                                    Page 2 of 3

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
  (Name of person or organization) _____
  (Address) _____
  (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____   _____
       Custodian or Proxy                Date

(✓) (7) The defendant shall:
  (✓) (a) report to the U.S. Probation Office,
          telephone number 850-769-8069, not later than as directed
  (✓) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
          $25,000.00
  ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
          _____
  ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
  ( ) (e) maintain or actively seek employment.
  ( ) (f) maintain or commence an education program.
  (✓) (g) surrender any passport to: Clerk's Office
  (✓) (h) obtain no passport.
  (✓) (i) abide by the following restrictions on personal association, place of abode, or travel:
          Not to travel outside the Northern District of Florida and the Middle District of Alabama without prior permission
  (✓) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: co-defendant Joshua D. Scott
  ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
  ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
  ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
  (✓) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  (✓) (o) refrain from ( ) any (✓) excessive use of alcohol.
  (✓) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (✓) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  (✓) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
  ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
  ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
        ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment, education; religious services, medical, substance abuse, or mental health treatment, attorney visits; court appearances; court-ordered obligations, or other activities as pre-approved by the pretrial services office or supervising officer; or
        ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  (✓) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
  ( ) (v) _____
  ( ) (w) _____
  ( ) (x) _____

DISTRIBUTION: COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

OCT-16-2004 11:04 From: 1 850 769 7528 To:13349543615 P.5/6
Case 3:05-cr-00293-WHA-WC Document 6 Filed 01/13/2006 Page 4 of 5

AO 199C (Rev.6/97) Advise of Penalties...  Page 3 of 3 Pages

## Advice of Penalties and Sanctions

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

### Directions to United States Marshal

( ✔ ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____January 12, 2006_____     _____
                                      Signature of Judicial Officer

_____Larry A. Bodiford, U.S. Magistrate Judge_____
Name and Title of Judicial Officer

DISTRIBUTION: COURT   DEFENDANT   PRETRIAL SERVICE   U.S ATTORNEY   U.S MARSHAL

◆AO 98 (Rev 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

__NORTHERN__  District of  __FLORIDA__

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

__CASEY B. BEVERLY__
Defendant

Case    5:06MJ05-LAB

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
~~Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .~~
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ __25,000.00__

The conditions of this bond are that the __CASEY B. BEVERLY__
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __January 12, 2006__ at __30 West Government Street Panama City, FL 32401__
                              Date                                                        Place

Defendant _[signature]_____

Surety _____

Surety _____

FILED IN OPEN COURT THIS
__1/12/06__
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

Signed and acknowledged before me    __January 12, 2006__
                                                              Date
                                                                            _[signature]_
                                                                            Judicial Officer

Approved _[signature]_
               Judicial Officer