**COURTROOM DEPUTY'S MINUTES**      **DATE: 1/17/06**

**MIDDLE DISTRICT OF ALABAMA**      **DIGITAL RECORDING: 10:24 - 10:37**

**COURT REPORTER:**

x **ARRAIGNMENT**      ❏ **CHANGE OF PLEA**      ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**      ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson      **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER: 3:05cr293-WHA**      **DEFENDANT NAME: Casey B. Beverly**

**AUSA: Terry F. Moorer**      **DEFENDANT ATTORNEY: Leslie Smith**

**Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD**

**( ) appointed at arraignment; ( ) standing in for: _____**

**PTSO/USPO: Ron Thweatt**

**Interpreter present? (√)NO; ( )YES  Name:**

**DISCOVERY DISCLOSURE DATE:      January 18, 2006**

---

❏ This is defendant's **FIRST APPEARANCE.**

√ **FINACIAL AFFIDAVIT EXECUTED.  √ _ORAL MOTION FOR APPT OF COUNSEL_**

√ **_ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED_**

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**      √ **Not Guilty**                                    ❏ **Nol Contendere**

❏ **Not Guilty by reason of insanity**

❏ **Guilty as to:**

❏ **Count(s):**

❏ **Count(s):**              ❏ **dismissed on oral motion of USA**

❏ **to be dismissed at sentencing**

❏ Written plea agreement filed   ❏ **ORDERED SEALED**

❏ _____ Days to file pretrial motions ❏ _____ Trial date or term

❏ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**

√ **ORDER:** Defendant continued under √ same bond;  ❏ summons; for:

√ Trial on 3/27/06; ❏ Sentencing on _____

❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

❏ Posting a $_____ bond;

❏ Trial on _____; or ❏ Sentencing on _____

❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed

❏ Defendant requests time to secure new counsel      **_WAIVER NOT SIGNED_**

❏ WAIVER  of Speedy Trial.  CRIMINAL TERM: 3/27/06  Ptrl: 2/27/06      **_AT ARRAIGNMENT_**