## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
|     **Plaintiff,** * | |
| * | |
| **VS.** * | CASE NO. 3:05cr293-WHA |
| * | |
| **CASEY B. BEVERLY** * | |
|     **Defendant.** | |

### NOTICE OF APPEARANCE

Come now Andrew M. Skier, and hereby files this notice of appearance on behalf of the defendant in the above-styled cause.

Respectfully submitted this the 8th day of February, 2006.

                              S/ Andrew M. Skier
                              ANDREW M. SKIER  (SKI013)
                              PO Box 4100
                              Montgomery, AL  36103-4100
                              (334) 263-4105 (Voice) (334) 263-4766 (Fax)
                              Email:  amskier@mindspring.com

## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | CASE NO. 3:05cr293-WHA |
| | * | |
| **CASEY B. BEVERLY** | * | |
| **Defendant.** | | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8. 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Terry F. Moorer, Esquire, Assistant US Attorney, One Court Square, Suite 201, Montgomery, AL 36104.

 S/ Andrew M. Skier  
ANDREW M. SKIER  (SKI013)  
PO Box 4100  
Montgomery, AL  36103-4100  
(334) 263-4105 (Voice) (334) 263-4766 (Fax)  
Email:  amskier@mindspring.com