IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:05-CR-293-A** |
| | ) | |
| **CASEY B. BEVERLY** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to Withdraw as Counsel. Undersigned counsel has been informed that attorney Andrew M. Skier, Esq. has been retained and has filed a Notice of Appearance as counsel for Ms. Beverly.

**WHEREFORE**, undersigned counsel respectfully requests an order relieving her as counsel of record.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 3:05-CR-293-A |
| | ) | |
| **CASEY B. BEVERLY** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Terry F. Moorer, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                  **s/Christine A. Freeman**
                                                  **CHRISTINE A. FREEMAN**
                                                  **TN BAR NO.: 11892**
                                                  Attorney for Defendant
                                                  Federal Defenders
                                                  Middle District of Alabama
                                                  201 Monroe Street , Suite 407
                                                  Montgomery, AL 36104
                                                  TEL:  (334) 834-2099
                                                  FAX:  (334) 834-0353
                                                  E-Mail: Christine_Freeman@fd.org