IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05cr293-WHA |
| | ) | |
| CASEY B. BEVERLY | ) | |

**ORDER ON MOTION**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #20), filed on 14 February 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The clerk of the court is DIRECTED to serve copies of all orders upon defendant's new attorney of record, Andrew Skier, Esq.

DONE this 17th day of February, 2006.


/s/ Vanzetta Penn McPherson

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE