IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
|     **Plaintiff,** | * |
| | * |
| **VS.** | *    CASE NO. 3:05cr293-WHA |
| | * |
| **CASEY B. BEVERLY** | * |
|     **Defendant.** | |

## MOTION TO SUPPRESS

Come now the Defendant, by and through Counsel of Record, and moves to suppress certain evidence collected in violation of the Constitution of the United States. As grounds, the Defendant avers as follows:

1. That a portion of the evidence against the defendant was obtained via a search of the defendant's vehicle by members of the Auburn, Alabama Police Department on or about March 2, 2005.

2. That said search was conducted without a warrant, without the consent of the defendant, and without probable cause.

3. That a warrantless search of a vehicle is invalid unless supported by probable cause. Carroll v. United States, 267 U.S. 132 (1925); United States v. Ross, 456 U.S. 798 (1982).

### ISSUES PRESENTED

1. Police reports provided via discovery indicate that on March 2, 2005, members of the Auburn Police Department were executing a search warrant at a residence located at 501 Lee Road 53. Lot 72, Auburn, Alabama. During the time officers were present at said location, a vehicle driven by the defendant arrived at the residence.

2. That the defendant neither owns nor resides at the location at which the search warrant was being executed, nor, according to information and belief, was the defendant named in said search warrant.

3. The defendant specifically refused permission for the officers to search her vehicle, but officers nevertheless searched her vehicle as well as several containers inside said vehicle.

4. Probable cause did not exist to perform said warrantless search, and no other exception to the warrant requirement existed to justify said warrantless search.

Wherefore, the above issues considered, the defendant moves this Honorable Court to suppress as illegally obtained any and all evidence gathered as a result of said warrantless search on or about March 2, 2005.

Respectfully submitted this the 23D day of February, 2006.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO. 3:05cr293-WHA |
| | * | |
| **CASEY B. BEVERLY** | * | |
| Defendant. | | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 23. 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Terry F. Moorer, Esquire, Assistant US Attorney, One Court Square, Suite 201, Montgomery, AL 36104.

     S/ Andrew M. Skier
ANDREW M. SKIER (SKI013)
PO Box 4100
Montgomery, AL 36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email: amskier@mindspring.com