IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05CR293-WHA |
| | ) | |
| CASEY B. BEVERLY | ) | |

## ORDER

For good cause, it is ORDERED as follows:

1. On or before 6 March 2006, the government shall file its response to the defendant's Motion to Suppress, filed on 23 February 2006 (Doc. # 22).

2. The parties shall appear for an evidentiary hearing on 8 March 2006 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 27th day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE