**COURTROOM DEPUTY'S MINUTES**                           **DATE:** 2/27/06

**MIDDLE DISTRICT OF ALABAMA**                  Digital Recording: 9:29- 9:30

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   3:05cr293-WHA           **DEFENDANT(S):** Casey B. Beverly

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Clark A. Morris | * | Andrew M. Skier |
|  |  |  |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**              Complete


☐ **PENDING MOTION STATUS:**         Motion to Suppress


☐ **PLEA STATUS:**

                                     Possible Plea


☐ **TRIAL STATUS**                   One Day for Trial

                                     3/27/06 Trial Term; 3/6/06 Govt Response
                                     3/8/06 Evidentiary Hearing

☐ **REMARKS:**   Negotiations on the Plea Agreement to be discussed today
              Counsel to Inform Court of Plea Negotiations before
              Government's Response to Motion to Suppress is due