IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CASE NO. 3:05cr293-WHA |
| | * | |
| CASEY B. BEVERLY | * | |
| Defendant. | | |

## NOTICE OF INTENT TO CHANGE PLEA AND WITHDRAW MOTION TO SUPPRESS

**COMES NOW** the Defendant, Casey Beverly, by and through counsel of record, and gives notice that she intends to change her plea from not guilty to guilty of the charge contained in Count Two (2) of the Indictment. In addition, the Defendant withdraws the previously filed Motion to Suppress and waives hearing on said motion.

Respectfully submitted this the 3rd day of March 2006.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff,** | * | |
| | * | |
| VS. | * | CASE NO. 3:05cr293-WHA |
| | * | |
| **CASEY B. BEVERLY** | * | |
| **Defendant.** | | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Terry F. Moorer, Esquire, Assistant US Attorney, One Court Square, Suite 201, Montgomery, AL 36104.

    S/ Andrew M. Skier  
ANDREW M. SKIER (SKI013)  
PO Box 4100  
Montgomery, AL 36103-4100  
(334) 263-4105 (Voice) (334) 263-4766 (Fax)  
Email: amskier@mindspring.com