IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05CR293-WHA |
| | ) | |
| CASEY B. BEVERLY | ) | |

## ORDER

On 3 March 2006, the defendant filed a Notice of Intent to Change Plea and Withdraw his Motion to Suppress (Doc, # 28). The defendant's counsel and the government's counsel assigned to this case previously advised the court at the pretrial conference that this case might be resolved by a plea. Accordingly, it is

ORDERED that the Motion to Withdraw the motion to suppress is GRANTED, and the order entered on 27 February 2006 (Doc. # 24) is hereby VACATED.[1]

DONE this 6th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] In his motion, the defendant expressly waived his evidentiary hearing.