MIDDLE DISTRICT OF ALABAMA           COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT        x CHANGE OF PLEA        ❏ CONSENT PLEA

❏ RULE 44(c) HEARING        ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:05cr293-WHA*    **DEFENDANT NAME:** *Casey B. Beverly*
**AUSA:** *Terry F. Moorer*    **DEFENDANT ATTY:** *Andrew M. Skier*
Type Counsel:  ( ) Waived;  ( x ) Retained;  ( ) Panel CJA;  ( ) CDO
**USPO:** Dwayne Spurlock
Defendant _____ does ___x___ does NOT need and interpreter.
Interpreter present? __x__ NO _____ YES    Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**
— WAIVER OF INDICTMENT executed and filed.
— MISDEMEANOR INFORMATION filed.
— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                ❏ Nol Contendere
   ❏ Not Guilty by reason of insanity
   √ Guilty as to:
      √ Count(s) __2__ of the Felony Indictment.
      √ Count(s) __1__ ❏ dismissed on oral motion of USA;
         √ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 2**
√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered
— _____ Days to file pretrial motions. ❏ _____ Trial date or term.
√ — **ORDER:** Defendant Continued under √ same bond ; ❏ Released on Bond & Conditions of Release
         ❏ summons; for:
   ❏ Trial on _____; √ Sentencing on _____ ❏ _____ Bond  √ to be set by Separate Order
— **ORDER:** Defendant remanded to custody of U.S. Marshal for:
   ❏ Posting a $_____ Bond;
   ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.
Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.