IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-293-WHA |
| | ) | |
| CASEY B. BEVERLY | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty pursuant to a plea agreement under Rule 11(c)(1)(C) to an indictment charging a violation of Title 21, United States Code, Section 841(a)(1).

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary, and to waive the rights to appeal or collaterally attack the guilty plea or sentence.

3. The United States submits the defendant has cooperated with the United States and has abided by the terms of the plea agreement. The assistance provided by the defendant should be considered substantial.

4. The Government is satisfied that the defendant is entitled to be considered for a reduction of sentence under § 5K1.1 U.S.S.G., and moves this Court to impose a sentence of probation the term of which to be determined by the court.

Respectfully submitted this the 8th day of June, 2006.

                                  LEURA G. CANARY
                                  UNITED STATES ATTORNEY

                                  /s/Terry F. Moorer
                                  TERRY F. MOORER
                                  Assistant United States Attorney
                                  One Court Square, Suite 201
                                  Montgomery, AL 36104
                                  Phone: (334) 223-7280
                                  Fax: (334) 223-7135
                                  E-mail: terry.moorer@usdoj.gov
                                  ASB-1176-O73T

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-293-WHA |
| | ) | |
| CASEY B. BEVERLY | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew Skier, Esquire.

                Respectfully submitted,

                /s/Terry F. Moorer
                TERRY F. MOORER
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: terry.moorer@usdoj.gov
                ASB-1176-O73T