# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | June 22, 2006 | AT: | 10:15 a.m. |
| DATE COMPLETED: | June 22, 2006 | AT: | 10:20 a.m. |

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 3:05cr293-WHA
)
CASEY B. BEVERLY )

_____

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Kent Brunson | Andrew Skier |

_____

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Jeff Lee, USPO |
| Elna Behrman, Courtroom Deputy | Chris Puckett, Law Clerk |

## COURTROOM PROCEEDINGS

**(X)   SENTENCING HEARING**

Hearing commences.
Parties have reviewed the presentence report and have no objections.
Court adopts the factual statements contained in the presentence report.
Court orally GRANTS the Motion for Downward Departure (Doc. #47).
Defendant's counsel speaks on behalf of the Defendant.
Court accepts the recommendation of the probation officer for probation.
Sentence is stated.
No objection to the statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives right to appeal.
Government orally moves to dismiss Count 1 of the Indictment.
Court orally GRANTS the motion, and Count 1 is DISMISSED.
Defendant is released to begin service of probation.
Court is adjourned.